PURSUANT TO THE WELFARE AND CUSTODY OF MINOR CHILDREN

**SEBASTIAN LEDKOVSKY-PLOTNIKOV**
and
**MAGDALENA LEDKOVSKY-PLOTNIKOV**

I, Dmitri Plotnikov, hereby state that I am the natural and legal father of the above-named children (further referred to as "the children"). I hereby acknowledge that, my lawful spouse, Elizabeth Alexandra Ledkovsky, is the natural mother of the children (hereafter referred to as "mother") and that we have agreed to maintain separate residences.

I hereby acknowledge that the children's best interests are served by their remaining in the custody of their mother, even in the event that the mother and I maintain our legal residences in separate states, countries, and continents. I agree that the mother is the children's primary caretaker and should and shall continue to be so, at a domicile in a location of her choosing. The mother and I further agree that in the event of the mother's death or incapacitation, I will regain custody of and full responsibility for the children.

I also agree to provide the mother monetary support for the maintenance of the children, in the amount of $500 (USD) per month, beginning in September 2006.

It is my express understanding that I waive no responsibility for or rights to my children, including to visit them or have them visit me, or to maintain a healthy parent-child relationship with them. It is my expectation that I will be kept apprised of their whereabouts and general welfare. I likewise agree to make my own whereabouts known at all times, that I may be reached in the event of an emergency.

Signed on this, the 13th day of August, 2006 at Salt Point, NY.

_____  8/13/2006
Dmitri Plotnikov

I acknowledge this agreement:
_____  (date) 8/13/06
Elizabeth Alexandra Ledkovsky

Witness: _____  Jeffrey O. DeLong  (date): 8/13/06
         Signature       Printed Name