



*Visas*

Entries/Entrées        Departures/Sorties

*This supplement, under seal, forms
a part of the passport.
Ce supplément, sous sceau, fait
partie intègrante du passeport.*

THIS SUPPLEMENT IS AN ATTACHMENT
TO PASSPORT NO.: 201730235
AUTHORITY: AMERICAN EMBASSY
            BERLIN, GERMANY

16 Jul 03

A

<sup>Case 7:07-cv-04088-SCR Document 1-5 Filed 05/25/2007 Page 3 of 5</sup>





