

Entrées/Entries

Visas

Departures/Sorties

Entrées/Entries

Visas

Departures/Sorties

TAD<<PLOTNIKOV<<DMITRI<<<<<<<<<<<<<
D359617888USA6505080M0809188<0609193

*Visas*

Entries/Entrées     Departures/Sorties     Entries/Entrées     Departures/Sorties

J

K

*Visas*

Entries/Entrées          Departures/Sorties          Entries/Entrées          *Visas*          Departures/Sorties

IMMIGRATION OFFICER
(XX)

L                                                                                                                    M

*Visas*

Entries/Entrées    Departures/Sorties

*Visas*

Entries/Entrées    Departures/Sorties

Class,
Until

JUL 1 8 2006

*Visas*

Entries/Entrées    Departures/Sorties

*Visas*

Entries/Entrées    Departures/Sorties

P

Q