| Visas | |
|---|---|
| Entries/Entrées | Departures/Sorties |

| Visas | |
|---|---|
| Entries/Entrées | Departures/Sorties |

R

S

Entries/Entrées   Visas   Departures/Sorties     Entries/Entrées   Visas   Departures/Sorties

| Entries/Entrées | *Visas* | Departures/Sorties | Entries/Entrées | *Visas* | Departures/Sorties |
|---|---|---|---|---|---|
| | | | | | |

T                                                                                                              U

| Entries/Entrées | *Visas* | Departures/Sorties | Entries/Entrées | *Visas* | Departures/Sorties |
|---|---|---|---|---|---|

| Visas | | Visas | |
|---|---|---|---|
| Entries/Entrées | Departures/Sorties | Entries/Entrées | Departures/Sorties |
| | | | |

V         W



