

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DMITRI PLOTNIKOV,

                **Plaintiff,**

-against-

ELIZABETH A. LEDKOVSKY,

                **Defendant.**
_____

**AFFIDAVIT OF SERVICE**

Case No.: **07 CIV. 4088**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF DUTCHESS )

    **JOHN F. MCNAIR,** being duly sworn, says:

1. I am not a party in this action and am over the age of 18 years;

2. On May 25, 2007, at approximately 5:55 p.m., I went to the residence of the above-named Defendant, **ELIZABETH A. LEDKOVSKY,** at 40 Aodobon St., Salt Point, New York 12578, for the purpose of serving her with a copy of the Unsigned Order to Show Cause, Attorney's Affirmation, Plaintiff's Affidavit, Memorandum of Law, supporting Exhibits A through D, Attorney's Cover Letter, dated May 25, 2007, and the Summons and Verified Complaint. All such documents were placed into a large, sealed manilla envelope, bearing an address label from Plaintiff's attorney's law office and addressed to Elizabeth A. Ledkovsky at the aforesaid address.

3. Upon arriving at the aforesaid residence, I pulled my vehicle into the driveway of the residence towards a garage which was positioned under the end of the house. I saw that a woman and two children were in the area of the driveway. The woman appeared to be Caucasian with short dark hair and black-wired glasses, whom I assessed to be between 30 to 40 years of age, and who weighed approximately 115 to 125 pounds, and stood between 5' 6" to 5' 8" in height. Based upon conversations that I have had with

Plaintiff's counsel, I am of the belief that such individual was and is Defendant's sister, Marina Ledkovsky-DeLong (hereinafter referred to as the "Sister").

4. When I got out of my vehicle, I approached the Sister and asked her if Elizabeth Ledkovsky was at home. She responded by asking me why.

5. I told the Sister that I had some papers for Elizabeth Ledkovsky from the attorneys. The Sister extended her hand, and I handed her the aforesaid package containing the aforesaid documents.

6. After physically receiving the package, the Sister looked at the address label thereon and said, "Oh…oh… from them." She then became extremely irate, angry and openly hostile towards me and said, "There is no Elizabeth here." The Sister then attempted to hand the package back to me, but I refused to take it back. She then proceeded to approach my vehicle, which is a 2004 red and tan Ford Explorer, Eddie Bauer edition, bearing N.Y.S. license plate number "PLSNTVLY", and threw the package into my vehicle through the open driver's side door.

7. I went into my vehicle to retrieve the package and told the Sister, "Regardless of what you have just done, you have been served, so you might as well take the documents." The Sister responded by saying, "No…no…you were never here. You don't exist."

8. I took the package out of my car and placed it on the ground just in front of the small garage door. The Sister then ran and picked up the package, ran back to my vehicle and threw the package into my vehicle again through the open driver's side door, repeatedly saying "There is no Elizabeth here. Get off of my property."

9. At this point, I entered my vehicle and began writing down the physical description of the Sister. She said to me "You don't write anything down. Get off my property." I then heard another woman yell from the upstairs deck on the back of the house that she was calling "911", to which I responded, "Please do." I could just barely see this additional woman but could tell that she had either blonde or grayish-blonde hair. The Sister then screamed, "Get off my property" several times.

2

10. As I started my vehicle and began to drive away, I heard the Sister say to the two children that I was a "nasty man", and that they should stay away from that nasty man.

11. I left the premises with the package and later returned same to Plaintiff's Counsel's office.

_____
JOHN F. MCNAIR

Sworn to before me this
30th day of May, 2007

_____
Notary Public

THOMAS F. VASTI III
NOTARY PUBLIC, State of New York
Reg. No. 4993061
Qualified in Dutchess County
Commission Expires March 9, 2010

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DMITRI PLOTNIKOV,

                  **Plaintiff,**

          -against-

ELIZABETH A. LEDKOVSKY,

                  **Defendant.**
_____

**AFFIDAVIT OF SERVICE**

Case No.: <u>07 CIV. 4088</u>

**STATE OF NEW YORK**   )
                               ) ss.:
**COUNTY OF DUTCHESS** )

      **JOHN F. MCNAIR**, being duly sworn, deposes and says:

1. I am not a party in this action and am over the age of 18 years;

2. On May 25, 2007, at approximately 4:50 p.m., I served a copy of the Summons and Verified Complaint, on Jonathon D. Katz, Esq., attorney for the Defendant, by leaving such copy at his office at 153 Main Street, New Paltz, New York 12561 with Linda (who sits next to Jonathon Katz's assistant), at said office.

3. A description of the individual served is as follows: Woman at a height of approximately 5' 7", about the age of 50 years, wears glasses, grayish blonde hair.

                                                                     _____
                                                                       JOHN F. MCNAIR

Sworn to before me this
30th day of May, 2007

_____
Notary Public

THOMAS F. VASTI III
NOTARY PUBLIC, State of New York
Reg. No. 4893061
Qualified in Dutchess County
Commission Expires March 9, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DMITRI PLOTNIKOV,

                    Plaintiff,

    -against-

ELIZABETH A. LEDKOVSKY,

                    Defendant.

**AFFIDAVIT OF SERVICE**

Case No.: **07 CIV. 4088**

---

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF DUTCHESS )

        **JOHN F. MCNAIR**, being duly sworn, deposes and says:

1. I am not a party in this action and am over the age of 18 years.

2. On May 25, 2007, at approximately 4:22 p.m., I went to the offices of Gary Lane, Esq., Law Guardian for the above-named parties' children, at 219 Church St., Poughkeepsie, New York 12601, in order to serve the above-mentioned Summons and Verified Complaint on him.

3. Such office was closed at the time I attempted to serve the aforesaid documents there.

4. On May 26, 2007, at approximately 11:53 a.m., I then went to the dwelling house of Gary Lane, Esq. at 8 Arnold Road, Poughkeepsie, New York 12601, and served a copy of the above-mentioned papers on Gary Lane, Esq. by leaving the copy with him personally, who identified himself as Gary Lane, Esq.

5. A description of the individual served is as follows: Man in his 50s with a mustache and greyish hair.

                                                                            _____
                                                                            JOHN F. MCNAIR

Sworn to before me this
30th day of May, 2007

_____
Notary Public

THOMAS F. VASTI III
NOTARY PUBLIC, State of New York
Reg. No. 4593061
Qualified in Dutchess County
Commission Expires March 9, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DMITRI PLOTNIKOV,

                Plaintiff,

   -against-

ELIZABETH A. LEDKOVSKY,

               Defendant.
_____

**AFFIDAVIT OF SERVICE**

Case No.: **07 CIV. 4088**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF DUTCHESS )

    **JOHN F. MCNAIR,** being duly sworn, deposes and says:

1. I am not a party in this action and am over the age of 18 years;

2. On May 25, 2007, at approximately 4:50 p.m., I served a copy of the Unsigned Order to Show Cause, Attorney's Affirmation, Plaintiff's Affidavit, Memorandum of Law, and supporting Exhibits A through D, and Attorney's Cover Letter, dated May 25, 2007, on Jonathon D. Katz, Esq., attorney for the Defendant, by leaving such copy at his office at 153 Main Street, New Paltz, New York 12561 with Linda (who sits next to Jonathon Katz's assistant), at said office.

3. A description of the individual served is as follows: Woman at a height of approximately 5' 7", about the age of 50 years, wears glasses, grayish blonde hair.

                                                            _____
                                                            JOHN F. MCNAIR

Sworn to before me this
30th day of May, 2007

_____
Notary Public

THOMAS F. VASTI III
NOTARY PUBLIC, State of New York
Reg. No. 4993061
Qualified in Dutchess County
Commission Expires March 9, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DMITRI PLOTNIKOV,

        Plaintiff,

-against-

ELIZABETH A. LEDKOVSKY,

        Defendant.

**AFFIDAVIT OF SERVICE**

Case No.: **07 CIV. 4088**

---

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF DUTCHESS )

    **JOHN F. MCNAIR,** being duly sworn, deposes and says:

1. I am not a party in this action and am over the age of 18 years.

2. On May 25, 2007, at approximately 4:22 p.m., I went to the offices of Gary Lane, Esq., Law Guardian for the above-named parties' children, at 219 Church St., Poughkeepsie, New York 12601, in order to serve the above-mentioned Unsigned Order to Show Cause, Attorney's Affirmation, Plaintiff's Affidavit, Memorandum of Law, and supporting Exhibits A through D, and Attorney's Cover Letter, dated May 25, 2007 on him.

3. Such office was closed at the time I attempted to serve the aforesaid documents there.

4. On May 26, 2007, at approximately 11:53 a.m., I then went to the dwelling house of Gary Lane, Esq. at 8 Arnold Road, Poughkeepsie, New York 12601, and served a copy of the above-mentioned papers on Gary Lane, Esq. by leaving the copy with him personally, who identified himself as Gary Lane, Esq.

5. A description of the individual served is as follows: Man in his 50s with a mustache and greyish hair.

_____
JOHN F. MCNAIR

Sworn to before me this
30 th day of May, 20 07

_____
Notary Public

THOMAS F. VASTI III
NOTARY PUBLIC, State of New York
Reg. No. 4993061
Qualified in Dutchess County
Commission Expires March 9, 2010