UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DMITRI PLOTNIKOV,

            Plaintiff,                         **AFFIDAVIT OF SERVICE**

-against-

                                             **07 CIV. 4088 (S.C.R.)**

ELIZABETH A. LEDKOVSKY,

            Defendant.

---

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF DUTCHESS )

    **DAMON J. VELARDI,** being duly sworn, says:

    I am a Paralegal in the office of Vasti & Vasti, P.C., attorneys for the Plaintiff, DMITRI PLOTNIKOV, herein and am over 18 years of age.

    On 12th day of July, 2007, I served a copy of the attached **Plaintiff's Memorandum of Law in Opposition to Defendant's Oral Request for the Dismissal of Plaintiff's Action, Pursuant to the Federal Doctrine of Abstention**, upon the following Attorneys, by depositing true copies thereof, securely enclosed in postpaid wrappers, in the post office box located on Route 44 in the Town of Pleasant Valley, New York, which box is under the exclusive care and custody of the United States Post Office, directed to said attorneys at the addresses set forth after their names, they being the addresses within the State designated by them for that purpose, to wit:-

TO:    Jonathon D. Katz, Esq.
          153 Main Street
          New Paltz, NY 12561

          - and -

          Gary E. Lane, Esq.
          Brenner Gordon & Lane
          219 Church St.
          Poughkeepsie NY 12601

_____
DAMON J. VELARDI

Sworn to before me this
12th day of July, 2007

_____
Notary Public

THOMAS F. VASTI, JR.
Notary Public State of New York
Reg. #02VA9450775
Qualified in Dutchess County
Commission Expires Nov. 30, 20 _10_