UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DIMITRI PLOTNIKOV,

                Plaintiff,                07 CV 04088 (SCR)

-against-                                         JUDGMENT

ELIZABETH A. LEDKOVSKY,

                Defendant.
------------------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on July 20, having handed down an ORDER (docket #7), dismissing the Plaintiff's complaint. In so ruling, the Court does not reach the merits of Plaintiff's Hague Convention petition, it is,,

      **ORDERED, ADJUDGED AND DECREED**: that the Plaintiff's complaint is dismissed. In so ruling, the Court does not reach the merits of Plaintiff's Hague Convention petition, and the case is hereby closed.

Dated: White Plains, N.Y.
       July 24, 2007

                                        J. Michael McMahon- Clerk of Court

DOCKETED AS A JUDGMENT ON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____